[No. 5432–1.   Division One.   February 21, 1978.]

*In the Matter of the Marriage of* JEANNIE E. MURRAY,
*Respondent, and* NORMAN VERNON MURRAY,
*Respondent,* NORMAN F. MURRAY,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. D–67490, James W. Mifflin, J., entered February 18, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2386–2.   Division Two.   February 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL R. DURHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 49082, James V. Ramsdell, J., entered May 14, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 4603–1.   Division One.   February 27, 1978.]

MONTE L. KOSA, ET AL, *Appellants,* v. ECHO ANN NEWELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 50058, Marshall Forrest, J., entered March 5, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Callow, JJ.